IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, | : |
| | : |
| Plaintiff, | : |
| | :    CIVIL ACTION NO. |
| v. | : |
| | :    1:21-CV-00092-SPB |
| LIONS NOT SHEEP APPAREL, LLC., | : |
| | : |
| Defendant. | : |

**JOINT NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Ronald Kolesar ("Plaintiff") and Defendant Lions Not Sheep Apparel, LLC., ("Defendant"). Plaintiff and Defendant anticipate filing a Joint Stipulation of Dismissal shortly, once the settlement is consummated.

Dated: November 8, 2021

| | |
|---|---|
| */s/ Nicholas A. Colella* | */s/ Meredith S. Dante* |
| Nicholas A. Colella, Esq. | Meredith S. Dante, Esq. (*pro hac vice*) |
| LYNCH CARPENTER, LLP | Raymond A. Quaglia, Esq. |
| 1133 Penn Avenue, 5th Floor | BALLARD SPAHR LLP |
| Pittsburgh, PA 15222 | 1735 Market Street, 51st Floor |
| Tel. 412-322-9243 | Philadelphia, PA 19103 |
| Fax. 412-231-0246 | Tel.: 215-665-8500 |
| nickc@lcllp.com | Fax: 215-864-8999 |
| | dantem@ballardspahr.com |
| | quaglia@ballardspahr.com |
| Counsel for Plaintiff | |
| | Counsel for Defendant |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2021, a copy of the foregoing Joint Notice of Settlement was served by ECF on the following:

Nicholas A. Colella, Esq.
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
nickc@lcllp.com

*/s/     Jessica G. Federico*
Jessica G. Federico, Esq.
