**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>    Plaintiff,<br><br>v.<br><br>LIONS NOT SHEEP APPAREL, LLC,<br><br>    Defendant. | Case No. 1:21-CV-00092 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Ronald C. Kolesar and Defendant Lions Not Sheep Apparel, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

| | |
|---|---|
| Dated: February 10, 2022 | Respectfully submitted, |
| */s/ Nicholas A. Colella*<br>Nicholas A. Colella<br>**LYNCH CARPENTER, LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Phone: (412) 322.9243<br>nickc@lcllp.com<br><br>*Attorney for Plaintiff* | */s/ Meredith S. Dante*<br>Meredith S. Dante<br>Raymond A. Quaglia, PA ID No. 63146<br>**BALLARD SPAHR LLP**<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>(215) 665-8500<br>danetem@ballardspahr.com<br>quaglia@ballardspahr.com<br><br>*Attorney for Defendant* |

**IT IS SO ORDERED.**

Dated: _____       _____
                           Hon. Susan Paradise Baxter, U.S.D.J.