UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>                Plaintiff,<br><br>v.<br><br>LIONS NOT SHEEP APPAREL, LLC,<br><br>                Defendant. | Case No. 1:21-CV-00092 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ronald C. Kolesar and Defendant Lions Not Sheep Apparel, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;
2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: February 10, 2022

*/s/ Nicholas A. Colella*
Nicholas A. Colella
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322.9243
nickc@lcllp.com

*Attorney for Plaintiff*

Respectfully submitted,

*/s/ Meredith S. Dante*
Meredith S. Dante
Raymond A. Quaglia, PA ID No. 63146
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500
danetem@ballardspahr.com
quaglia@ballardspahr.com

*Attorney for Defendant*

**IT IS SO ORDERED.**

Dated: February 11, 2022

*[signature: Susan Paradise Baxter]*
Hon. Susan Paradise Baxter, U.S.D.J.